CLAUDE ROBINSON

VERSUS

STATE OF LOUISIANA

NO. 18-KH-707

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 05, 2019

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Marc E. Johnson, and Robert A. Chaisson

## <u>REHEARING GRANTED WITH REASONS; WRIT DENIED</u>

**MEJ**
**FHW**
**RAC**

| CLAUDE ROBINSON | NO. 18-KH-707 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| STATE OF LOUISIANA | COURT OF APPEAL |
| | STATE OF LOUISIANA |

## REHEARING GRANTED WITH REASONS; WRIT DENIED

Relator, Claude Robinson, sought review of the trial court's October 25, 2018 denial of his "Motion to Amend Sentence to Conform to Applicable Statutory Provisions of Act No. 45; S.B. No. 126, which Enacted La. R.S. 15:308; Correction of Illegal Sentence."

In his motion, Relator requested an amendment of his life sentence in conformity with the provisions of Act. No. 45, enacting La. R.S. 15:308, which was approved by the legislature during the 2006 regular session. He argued that his habitual offender life sentence is no longer mandated and should be amended because the three prior felony convictions used are not all crimes of violence. In its opposition brief, the State argued that Relator's fourth offender adjudication is and was correct, and Relator should still receive a sentence of life imprisonment without parole. The trial court found the State's argument to be persuasive. The court then found Relator to be a fourth-felony offender, and Relator's life sentence was mandatory.

Upon initial review, based upon the available record, this Court found that Relator's conviction for possession with the intent to distribute heroin in district court case number 97-2815 was not one of Relator's predicate convictions for his habitual offender adjudication as a fourth-felony offender. *Robinson v. State*, 18-KH-707 (La. App. 5 Cir. 5/30/19) (Johnson, Wicker, Chaisson). This Court then vacated the trial court's October 25, 2018 Order

1

that denied Relator's motion, vacated Relator's habitual offender sentence, and remanded the matter to the trial court for resentencing pursuant to *State ex rel. Esteen v State*, 16-949 (La. 1/30/18); 239 So.3d 233, *rehearing denied*, 16-949 (La. 3/13/18); 239 So.3d 266. Thereafter, the State filed a rehearing application, seeking reconsideration of this Court's decision.

In its rehearing application, the State reasserted its argument that Relator's sentence of life imprisonment without parole was correct, and the trial court properly denied Relator's motion. Pursuant to an Order rendered on June 27, 2019, the State supplemented the writ application with copies of judgments, minute entries, and transcripts evidencing actions taken by the trial court regarding Relator's habitual offender adjudication and sentence. Upon review of the documentation supplemented to the writ application, we grant the State's rehearing request.

Although neither the trial court's October 1, 2004 Judgment and Reasons nor the October 1, 2004 transcript of the habitual offender adjudication hearing mention Relator's possession with the intent to distribute heroin conviction, the trial court subsequently amended its habitual offender adjudication. In a judgment rendered on October 22, 2004, the trial court adjudicated Relator to be a fourth-felony offender based upon his conviction for possession with the intent to distribute heroin and possession of cocaine. As a result, we now find that the possession with the intent to distribute heroin conviction was a predicate conviction for Relator's habitual offender adjudication as a fourth-felony offender.

Furthermore, we do not find the trial court erred in denying Relator's motion. We hold that Relator is not entitled to ameliorative relief, and his enhanced sentence falls within the legal parameters of the sentencing provision in effect at the time he committed the underlying offenses.

2

Accordingly, we set aside this Court's May 30, 2019 disposition that granted Relator's writ application, affirm the trial court's October 25, 2018 ruling, and deny Relator's writ application.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/05/2019** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

_____
MARY E. LEGNON
INTERIM CLERK OF COURT

**18-KH-707**

**E-NOTIFIED**
Terry M. Boudreaux (Respondent)

**MAILED**
Claude Robinson #104039 (Relator)
Louisiana State Penitentiary
Angola, LA 70712